UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

**CYNTHIA SAMPLE**
  Debtor

Chapter 7
Case No. 17-30935-EDK

**TRUSTEE'S MOTION TO DEFER FILING FEE FOR MOTION
FOR PRIVATE SALE OF PROPERTY OF THE ESTATE**

**(384 HOUSATONIC STREET, LENOX, MASSACHUSETTS)**

Now comes Steven Weiss, Trustee in the above Chapter 7 case, through his counsel, and hereby moves that the filing fee for his Motion for Order Authorizing Private Sale of Property of the estate [Docket No. 39, the "Sale Motion"] be deferred. In support thereof, the Trustee respectfully states as follows:

1. On November 7, 2017, Cynthia A. Sample (the "Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code with this Court.

2. On November 8, 2017 Steven Weiss was appointed as Trustee, and continues to serve as Trustee in this case.

3. Contemporaneously herewith, the Trustee has filed the Sale Motion. As set forth therein, the Trustee seeks authority to sell the Debtor's interest in real estate located at 384 Housatonic Street, Lenox, Massachusetts, pursuant to 11 U.S.C. § 363(b) and (f).

4. At this time, the Trustee has no money on deposit with which to pay the required fee of $181.00 for the Sale Motion.

08/15/2018 ALLOWED.  *Elizabeth D. Katz* (signature in left margin)